**No. 60938.**—Frank P. Dow Co., Inc., a/c United China & Glass Co. *v.* United States, protest 245590–K (San Francisco).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise "consists of decorated china compotes which were imported as individual pieces and not as part of dinnerware sets; that they are not used on

the table or in the service of meals and that they are decorative rather than utilitarian in nature," the claim of the plaintiff was sustained.